UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRIAN ISREAL, ET AL.                          CIVIL ACTION NO. 06-1999

versus                                        JUDGE HICKS

RAEFORD FARMS OF                              MAGISTRATE JUDGE HORNSBY
LOUISIANA, L.L.C.

**MEMORANDUM ORDER**

Plaintiffs in this FLSA action filed a Motion for Notice to Potential Plaintiffs (Doc. 19) that was opposed by Defendant. The parties later resolved their differences, and Plaintiffs filed an Unopposed Submission of Proposed Court-Authorized Notice and Consent Form (Doc. 32), and the proposed order that accompanied the submission was signed. Doc. 34. An attorney for Plaintiffs and an attorney for Defendant have advised the court that the entry of the recent agreed order rendered moot the issues presented in the original, contested motion. Accordingly, the Motion for Notice to Potential Plaintiffs (Doc. 19) is denied as moot.

Counsel are directed to, after the deadline for potential plaintiffs to file consent to join this action, contact the court and request a scheduling conference. That conference will be held in the chambers of the undersigned, and out-of-town counsel will be permitted to participate by phone. Instructions for the filing of a case management report will accompany the order that sets the scheduling conference.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 4th day of May, 2007.

```
                                    _____
                                              MARK L. HORNSBY
                                     UNITED STATES MAGISTRATE JUDGE
```